UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ROBERT BLAINE MILLER,

    Plaintiff,

v.        Case No. 8:04-cv-1981-T-24TBM

PASCO COUNTY, FLORIDA,

    Defendant.
_____/

# O R D E R

This cause is before the Court for consideration of Defendant Pasco County's motion to join in and adopt Defendant Pasco County Sheriff's Department's motion for summary judgment (Doc. No. 49). Plaintiff has not filed a response in opposition thereto.

Having considered the motion, and being otherwise fully advised, it is **ORDERED AND ADJUDGED** that Defendant Pasco County's motion to join in and adopt Defendant Pasco County Sheriff's Department's motion for summary judgment (Doc. No. 49) is **GRANTED**.

**DONE AND ORDERED** at Tampa, Florida, this 21st day of October, 2005.

SUSAN C. BUCKLEW
United States District Judge

Copies to: Counsel of Record